E-FILED
Friday, 10 August, 2007 09:08:35 AM
Clerk, U.S. District Court, ILCD

%AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

MOISE HARRIS

**WARRANT FOR ARREST**

Case Number: 07-3039-m

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MOISE HARRIS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession of 100 or more grams of Heroin, a Schedule I Controlled Substance, with the intent to distribute it

in violation of Title  21  United States Code, Section(s)  841(a)(1)

Byron G. Cudmore
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

8/2/07   Spfld Il
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

I-55 S.B. MP 88 Sangamon Co.

| DATE RECEIVED 08/02/07 | NAME AND TITLE OF ARRESTING OFFICER Scott Giovanelli DEA | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 08/03/07 | | |

FILED
AUG 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 AUG -2 P 3:44 U.S. MARSHALS SERVICE CENTRAL DISTRICT ILLINOIS

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____